NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MOISES RUBIO, DOC #H47218,          )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-2344
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____     )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.


PER CURIAM.


            Affirmed.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.